UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

---

KRZYSZTOF SZCZEPANSKI AND ANNA
SZCZEPANSKI,

06-CV-15084 (AKH)

           Plaintiffs,

-against-

100 CHURCH, LLC, ET. AL.,

           Defendants.

---

### NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan, Esq. of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
      December 6, 2007

WHITEMAN OSTERMAN & HANNA LLP

BY: _____
John J. Henry (JH-7137)
William S. Nolan (WN-8091)
Attorneys for Defendant
    TRC Engineers, Inc.
One Commerce Plaza
Albany, New York  12260
(518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 6th day of December, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer