KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER             21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION,

-------------------------------------------------------------------x
KRYSZTOF SZCZEPANSKI and ANNA SZCZEPANSKI,    DOCKET NO.:
                                              06 CV 15084
              Plaintiffs,

  -against-

100 CHURCH, LLC, 90 CHURCH STREET LIMITED     NOTICE OF
ALAN KASMAN DBA KASCO, AMBIENT GROUP,         ADOPTION OF
INC., ANN TAYLOR STORES CORPORATION,          ANSWER TO
BATTERY PARK CITY AUTHORITY, BELFOR USA       MASTER COMPLAINT
GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC.,
BLACKMON-MOORING STEAMATIC CATASTOPHE, INC.,
d/b/a BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., INC., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERILL LYNCH & CO.,
INC., NOMURA HOLDING AMERICA, INC.,
ONE WALL STREET HOLDINGS, LLC, ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC., STRUCTURE
TONE GLOBAL SERVICES, INC., STRUCTURE TONE

(UK), INC., THE BANK OF NEW YORK COMPANY, INC.,
TOSCORP., INC., TRC ENGINEERS, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO. L.P.,
WFP ONE LIBERTY PLAZA, CO., LP., WFP ONE
LIBERTY PLAZA CO., GP., CORP., WFP TOWER A CO., L.P.,
WFP TOWER A CO., WFP TOWER A. CO., GP. CORP.,
WORLD FINANCIAL PROPERTIES, LP.C., and
ZAR REALTY MANAGEMENT CORP.,

**Defendants.**
................................................................................x

PLEASE TAKE NOTICE, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

WHEREFORE, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 10, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING
CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **KRYSZTOF SZCZEPANSKI and ANNA SZCZEPANSKI**
      115 Broadway - 12th Floor
      New York, New York 10006
      (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 10th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**KRYSZTOF SZCZEPANSKI and ANNA SZCZEPANSKI**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK