UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
KRZYSZTOF SZCZEPANSKI (AND WIFE, : 06-CV-015084-AKH
ANNA SZCZEPANSKI),

                            Plaintiffs, : **APPEARANCE**

   - against - : **ELECTRONICALLY FILED**

100 CHURCH LLC., *et al.*,

                          Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
        January 29, 2008

                                  By:    /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendant*
                                          MERRILL LYNCH & CO., INC.