KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION, | 21 MC 102 (AKH) |

-------------------------------------------------------------------x

| | |
|---|---|
| KRYSZTOF SZCZEPANSKI and ANNA SZCZEPANSKI,<br><br>              Plaintiffs,<br><br>     -against-<br><br>100 CHURCH, LLC, 90 CHURCH STREET LIMITED ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., CUNNINGHAM DUCT CLEANING CO., INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASKO RESTORATION SERVICES CO., LAW ENGINEERING, P.C., MERILL LYNCH & CO., INC., NOMURA HOLDING AMERICA, INC., ONE WALL STREET HOLDINGS, LLC, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., STRUCTURE TONE GLOBAL SERVICES, INC., STRUCTURE TONE | DOCKET NO.:<br>06 CV 15084<br><br>NOTICE OF<br>ADOPTION OF<br>ANSWER TO<br>MASTER COMPLAINT |

(UK), INC., THE BANK OF NEW YORK COMPANY, INC.,
TOSCORP., INC., TRC ENGINEERS, INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO. L.P.,
WFP ONE LIBERTY PLAZA, CO., LP., WFP ONE
LIBERTY PLAZA CO., GP., CORP., WFP TOWER A CO., L.P.,
WFP TOWER A CO., WFP TOWER A. CO., GP. CORP.,
WORLD FINANCIAL PROPERTIES, LP.C., and
ZAR REALTY MANAGEMENT CORP.,

          **Defendants.**
................................................................x

  **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP,  as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

  **WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   January 10, 2008

                Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING**
                **CO., INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway, 28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**KRYSZTOF SZCZEPANSKI and ANNA SZCZEPANSKI**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 10th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**KRYSZTOF SZCZEPANSKI and ANNA SZCZEPANSKI**
115 Broadway 12th Floor
New York, New York 10006

KEVIN G. HORBATIUK